AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CHRISTINE A. KADIEN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV-17-1628   (LDW)(SIL) |
| THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, P.O. MICHAEL HARRIGAN, P.O. JOHN DOE #1, P.O. JOHN DOE #2 AND SERGEANT JOHN DOE, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE ADDENDUM ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE LAW OFFICE OF JEENA R. BELIL, P.C.
150 MOTOR PARKWAY, SUITE 401
HAUPPAUGE, N.Y. 11788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 03/27/2017

S/ Linda Anne Fagan
*Signature of Clerk or Deputy Clerk*

W Starr _____ W Starr _____ 4/20/2017
PRINT                            SIGN                              DATE

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))

This summons for (name of individual and title, if any)   **The County of Suffolk**   was received by me on (date)   **April 19, 2017**

☐ I personally served the summons on the individual at (place)   on (date)   at   ;or

☐ I left the summons at the individual's residence or usual place of abode with (name)
, a person of suitable age and discretion who resides there,

on (date)   , and mailed a copy   to the individual's last known address; or

☐ I served the summons on (name of individual)   **Wendy Starr,**   who is designated by law to accept service of process on behalf of (name of organization)
  **The County of Suffolk**   on (date)   **April 20, 2017**   ; or

☐ I returned the summons unexecuted because   ; or

☐ Other (specify)
I declare under penalty of perjury that this information is true.

Date:   April 21, 2017

Server's signature
**Andrew Maglione**
License #2046931-DCA

Printed name and title
**Bayport, NY**

Server's address

Additional information regarding attempted service, etc:

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: Female   Color: White   Hair: Brown   App. Age: 45   App. Ht: 5' 5"   App. Wt: 130 lbs.
Other identifying features:

Sworn to before me this   21ST   day of   April   , 2017.

JOHN KENNETH SMITH
Notary Public, State of New York
No. 01SM6227555
Qualified in Suffolk County
Commission Expires Sept. 07, 20 18

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CHRISTINE A. KADIEN<br><br>*Plaintiff(s)*<br>v.<br>THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, P.O. MICHAEL HARRIGAN, P.O. JOHN DOE #1, P.O. JOHN DOE #2 AND SERGEANT JOHN DOE,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV-17-1628   (LDW)(SIL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        SEE ADDENDUM ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        THE LAW OFFICE OF JEENA R. BELIL, P.C.
        150 MOTOR PARKWAY, SUITE 401
        HAUPPAUGE, N.Y.  11788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: __03/27/2017__



S/ Linda Anne Fagan
*Signature of Clerk or Deputy Clerk*

Teri McCawley  Teri McCawley

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

This summons for (name of individual and title, if any) **Suffolk County Police Officer Michael Harrigan** was received by me on (date) **April 19, 2017**

☐ I personally served the summons on the individual at (place) on (date) at ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) , a person of suitable age and discretion who resides there, on (date) , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Terri McCawley**, who is designated by law to accept service of process on behalf of (name of organization) **Suffolk County Police Officer Michael Harrigan** on (date) **April 20, 2017** ; or

☐ I returned the summons unexecuted because ; or

☐ Other (specify):

I declare under penalty of perjury that this information is true.

Date: April 21, 2017

_____
Server's signature
**Andrew Maglione**
License #2046931-DCA

_____
Printed name and title
**Bayport, NY**

_____
Server's address

Additional information regarding attempted service, etc:

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: Female   Color: White   Hair: Brown   App. Age: 40   App. Ht: 5' 6"   App. Wt: 190 lbs.
Other identifying features:

Sworn to before me this 21ST day of April , 2017.

_____

JOHN KENNETH SMITH
Notary Public, State of New York
No. 01SM6227555
Qualified in Suffolk County
Commission Expires Sept. 07, 20 18

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHRISTINE A. KADIEN <br><br> *Plaintiff(s)* <br> v. <br><br> THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, P.O. MICHAEL HARRIGAN, P.O. JOHN DOE #1, P.O. JOHN DOE #2 AND SERGEANT JOHN DOE, <br> *Defendant(s)* | Civil Action No. CV-17-1628    (LDW)(SIL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ADDENDUM ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE LAW OFFICE OF JEENA R. BELIL, P.C.
150 MOTOR PARKWAY, SUITE 401
HAUPPAUGE, N.Y.  11788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  03/27/2017

S/ Linda Anne Fagan
*Signature of Clerk or Deputy Clerk*

DORIA SMITH        *[signature]*        4 Copies on 4/20/17
PRINT                SIGN                  DATE

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))

This summons for (name of individual and title, if any) **Suffolk County Police Department** was received by me on (date)    **April 19, 2017**

☐ I personally served the summons on the individual at (place)    on(date)    at    ;or

☐ I left the summons at the individual's residence or usual place of abode with (name)
    , a person of suitable age and discretion who resides there,

on (date)    , and mailed a copy    to the individual's last known address; or

☐ I served the summons on (name of individual)    **Doria Smith**,    who is designated by law to accept service of process on behalf of (name of organization)
    **Suffolk County Police Department**  on (date)  **April 20, 2017**    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other (specify)
I declare under penalty of perjury that this information is true.

Date:  April 21, 2017    _____
                                                Server's signature
                                        Andrew Maglione
                                        License #2046931-DCA

                                        _____
                                        Printed name and title
                                        Bayport, NY

                                        _____
                                        Server's address

Additional information regarding attempted service, etc:

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
    Sex: Female    Color: White    Hair: Brown    App. Age: 40    App. Ht: 5' 6"    App. Wt: 140 lbs.
    Other identifying features:

Sworn to before me this  21ST  day
of   April   , 2017.

_____

> JOHN KENNETH SMITH
> Notary Public, State of New York
> No. 01SM6227555
> Qualified in Suffolk County
> Commission Expires Sept. 07, 20 18

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Suffolk County Police Officer John Doe #1** was received by me on (date) **April 19, 2017**

☐ I personally served the summons on the individual at (place) on(date) at ;or

☐ I left the summons at the individual's residence or usual place of abode with (name) , a person of suitable age and discretion who resides there,

on (date) , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Doria Smith,** who is designated by law to accept service of process on behalf of (name of organization) **Suffolk County Police Officer John Doe #1** on (date) **April 20, 2017** ; or

☐ I returned the summons unexecuted because ; or

☐ Other (specify)

I declare under penalty of perjury that this information is true.

Date: April 21, 2017

_____
Server's signature
**Andrew Maglione**
License #2046931-DCA

_____
Printed name and title
**Bayport, NY**

_____
Server's address

Additional information regarding attempted service, etc:

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: Female    Color: White    Hair: Brown    App. Age: 40    App. Ht: 5' 6"    App. Wt: 140 lbs.
Other identifying features:

Sworn to before me this 21ST day of April , 2017.

_____

JOHN KENNETH SMITH
Notary Public, State of New York
No. 01SM6227555
Qualified in Suffolk County
Commission Expires Sept. 07, 20 18

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))

This summons for (name of individual and title, if any) **Suffolk County Police Officer John Doe #2** was received by me on (date) **April 19, 2017**

☐ I personally served the summons on the individual at (place)           on(date)           at           ;or

☐ I left the summons at the individual's residence or usual place of abode with (name)           , a person of suitable age and discretion who resides there,

on (date)           , and mailed a copy           to the individual's last known address; or

☒ I served the summons on (name of individual) **Doria Smith**, who is designated by law to accept service of process on behalf of (name of organization) **Suffolk County Police Officer John Doe #2** on (date) **April 20, 2017** ; or

☐ I returned the summons unexecuted because           ; or

☐ Other (specify)

I declare under penalty of perjury that this information is true.

Date: April 21, 2017

_____
Server's signature
Andrew Maglione
License #2046931-DCA

_____
Printed name and title
Bayport, NY

_____
Server's address

*Additional information regarding attempted service, etc:*

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: Female   Color: White   Hair: Brown   App. Age: 40   App. Ht: 5' 6"   App. Wt: 140 lbs.
Other identifying features:

Sworn to before me this **21ST** day of **April**, 2017.

_____

JOHN KENNETH SMITH
Notary Public, State of New York
No. 01SM6227555
Qualified in Suffolk County
Commission Expires Sept. 07, 20 18

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. CV-17-1628

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Suffolk County Police Sergeant John Doe**
was received by me on (date) **April 19, 2017**

☐ I personally served the summons on the individual at (place)           on(date)      at      ;or

☐ I left the summons at the individual's residence or usual place of abode with (name)
  , a person of suitable age and discretion who resides there,

on (date)      , and mailed a copy      to the individual's last known address; or

☐ I served the summons on (name of individual)   **Doria Smith**,   who is designated by law to accept service of process on behalf of (name of organization)
**Suffolk County Police Sergeant John Doe**   on (date)   **April 20, 2017**   ; or

☐ I returned the summons unexecuted because           ; or

☐ Other (specify)

I declare under penalty of perjury that this information is true.

Date: April 21, 2017

_____
Server's signature
**Andrew Maglione**
License #2046931-DCA

_____
Printed name and title
**Bayport, NY**

_____
Server's address

*Additional information regarding attempted service, etc:*

(X) **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: Female   Color: White   Hair: Brown   App. Age: 40   App. Ht: 5' 6"   App. Wt: 140 lbs.
Other identifying features:

Sworn to before me this 21ST day
of April, 2017.

_____

```
JOHN KENNETH SMITH
Notary Public, State of New York
No. 01SM6227555
Qualified in Suffolk County
Commission Expires Sept. 07, 20 18
```